# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-10277-JCM |
| | : | |
| Austin L. Gourley and | : | |
| Brooke M. Gourley, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**Austin:**

March 27, 2026 – May 15, 2026

**Brooke:**

Chautauqua County Chapter of NYSARC Inc.:

April 2, 2026 – April 16, 2026

Homemakers of Western New York, Inc.:

April 30, 2026 – May 21, 2026

**Next Payment Advice Expected (post-filing):**

**Austin:**

May 22, 2026

**Brooke:**

Chautauqua County Chapter of NYSARC Inc.:

NA

Homemakers of Western New York, Inc.:

May 28, 2026

C.C.                    GOURLEY, AUSTIN & BROOKE

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date | Voucher Number |
|---|---|---|
| | 03/27/2026 | 1204 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**          **\*\*\*\*\*\* 1,007.57**

5323   6203  03/27/26  1204
**Austin Gourley**

PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y  2012 ReadyPayY

| Austin Gourley | | March 27, 2026 | | | 1204 |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 6203 | Loc | 100 | Period Begin | 03/15/26 | Net Pay | 1,007.57 |
| SSN | | Hire Date | 04/07/25 | Period End | 03/21/26 | Dir Dep | 1,007.57 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 23.000000 | 920.00 | 9,200.00 |
| Overtime | 10.51 | 34.500000 | 362.60 | 2,905.27 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | | 0.00 | 0.00 |
| PTO | 0.00 | | 0.00 | 368.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 50.51 | | 1,282.60 | 14,498.88 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,282.60 | 112.36 | 1,077.74 |
| OASDI | | 1,282.60 | 79.52 | 898.93 |
| Medicare | | 1,282.60 | 18.59 | 210.23 |
| Medicare - Additional | | 1,282.60 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,282.60 | 58.41 | 651.60 |
| NY Paid Family Leave | | 1,282.60 | 5.55 | 62.64 |
| NY Disability - EE | | 0.00 | 0.60 | 6.00 |
| | | | 275.03 | 2,907.14 |

### Direct Deposits

| Bank | | Account | Current Amt |
|---|---|---|---|
| | | Ends with * | 39.00 |
| | | Ends with * | 968.57 |
| | | | 1,007.57 |

### Payment Summary for Voucher 1204

| | |
|---|---|
| Total Gross Pay | 1,282.60 |
| Federal Taxes | -210.47 |
| State and Local Taxes | -64.56 |
| Other Deductions | 0.00 |
| Net Pay | 1,007.57 |
| Direct Deposits | -1,007.57 |
| Net Check | 0.00 |

### Additional Information

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date 04/03/2026 | Voucher Number 1328 |
|---|---|---|

### Direct Deposit Advice

### *** This is not a check***

**Direct Deposit Amount**            ****** 1,008.46

5323   6203 04/03/26  1328
**Austin Gourley**

PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y   2032 ReadyPayY

| Austin Gourley | | | April 03, 2026 | | | | 1328 |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 6203 | Loc | 100 | Period Begin | 03/22/26 | Net Pay | 1,008.46 |
| SSN | | Hire Date | 04/07/25 | Period End | 03/28/26 | Dir Dep | 1,008.46 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 23.000000 | 920.00 | 10,120.00 |
| Overtime | 10.55 | 34.500000 | 363.98 | 3,269.25 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | | 0.00 | 0.00 |
| PTO | 0.00 | | 0.00 | 368.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 50.55 | | 1,283.98 | 15,782.86 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,283.98 | 112.67 | 1,190.41 |
| OASDI | | 1,283.98 | 79.61 | 978.54 |
| Medicare | | 1,283.98 | 18.62 | 228.85 |
| Medicare - Additional | | 1,283.98 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,283.98 | 58.48 | 710.08 |
| NY Paid Family Leave | | 1,283.98 | 5.54 | 68.18 |
| NY Disability - EE | | 0.00 | 0.60 | 6.60 |
| | | | 275.52 | 3,182.66 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| T | s with  | 39.00 |
| M & T BANK | Ends with  6900 | 969.46 |
| | | 1,008.46 |

### Payment Summary for Voucher 1328

| | |
|---|---|
| Total Gross Pay | 1,283.98 |
| Federal Taxes | -210.90 |
| State and Local Taxes | -64.62 |
| Other Deductions | 0.00 |
| Net Pay | 1,008.46 |
| Direct Deposits | -1,008.46 |
| Net Check | 0.00 |

### Additional Information

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date 04/10/2026 | Voucher Number 1450 |
|---|---|---|

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**          \*\*\*\*\*\*\*\* 844.68

5323   6203 04/10/26 1450
**Austin Gourley**

PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y   2012 ReadyPayY

| Austin Gourley | April 10, 2026 | | 1450 |
|---|---|---|---|

| Emp Id | 6203 | Loc | 100 | Period Begin | 03/29/26 | Net Pay | 844.68 |
|---|---|---|---|---|---|---|---|
| SSN | | Hire Date | 04/07/25 | Period End | 04/04/26 | Dir Dep | 844.68 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

## Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 38.24 | 23.000000 | 879.52 | 10,999.52 |
| Overtime | 0.00 | | 0.00 | 3,269.25 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 8.00 | 23.000000 | 184.00 | 184.00 |
| PTO | 0.00 | | 0.00 | 368.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 46.24 | | 1,063.52 | 16,846.38 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,063.52 | 85.70 | 1,276.11 |
| OASDI | | 1,063.52 | 65.94 | 1,044.48 |
| Medicare | | 1,063.52 | 15.42 | 244.27 |
| Medicare - Additional | | 1,063.52 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,063.52 | 46.58 | 756.66 |
| NY Paid Family Leave | | 1,063.52 | 4.60 | 72.78 |
| NY Disability - EE | | 0.00 | 0.60 | 7.20 |
| | | | 218.84 | 3,401.50 |

## Payment Summary for Voucher 1450

| | |
|---|---|
| Total Gross Pay | 1,063.52 |
| Federal Taxes | -167.06 |
| State and Local Taxes | -51.78 |
| Other Deductions | 0.00 |
| Net Pay | 844.68 |
| Direct Deposits | -844.68 |
| Net Check | 0.00 |

## Additional Information

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| JF | Ends with | 39.00 |
| M  BANK | Ends with | 805.68 |
| | | 844.68 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date | Voucher Number |
|---|---|---|
| | 04/17/2026 | 1570 |

**Direct Deposit Advice**

*** This is not a check***

| Direct Deposit Amount | ******** 809.56 |
|---|---|

5323  6203 04/17/26 1570
**Austin Gourley**
PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y   2012 ReadyPayY

| Austin Gourley | April 17, 2026 | 1570 |
|---|---|---|

| Emp Id | 6203 | Loc | 100 | Period Begin | 04/05/26 | Net Pay | 809.56 |
|---|---|---|---|---|---|---|---|
| SSN | XXX | Hire Date | 04/07/25 | Period End | 04/11/26 | Dir Dep | 809.56 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 20.19 | 23.000000 | 464.37 | 11,463.89 |
| Overtime | 0.00 | | 0.00 | 3,269.25 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | | 0.00 | 184.00 |
| PTO | 24.00 | 23.000000 | 552.00 | 920.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 44.19 | | 1,016.37 | 17,862.75 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,016.37 | 80.04 | 1,356.15 |
| OASDI | | 1,016.37 | 63.01 | 1,107.49 |
| Medicare | | 1,016.37 | 14.74 | 259.01 |
| Medicare - Additional | | 1,016.37 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,016.37 | 44.03 | 800.69 |
| NY Paid Family Leave | | 1,016.37 | 4.39 | 77.17 |
| NY Disability - EE | | 0.00 | 0.60 | 7.80 |
| | | | 206.81 | 3,608.31 |

### Payment Summary for Voucher 1570

| | |
|---|---|
| Total Gross Pay | 1,016.37 |
| Federal Taxes | -157.79 |
| State and Local Taxes | -49.02 |
| Other Deductions | 0.00 |
| Net Pay | 809.56 |
| Direct Deposits | -809.56 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| JT | s with | 39.00 |
| M. BANK | Ends with  xxxx | 770.56 |
| | | 809.56 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date 04/24/2026 | Voucher Number 1689 |
|---|---|---|

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**              \*\*\*\*\*\*\*\* 883.59

5323   6203  04/24/26  1689
**Austin Gourley**
PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview  -  Direct Deposit Preview

RP_010_8201_Y   2012 ReadyPayY

| Austin Gourley | April 24, 2026 | | 1689 |
|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 6203 | Loc | 100 | Period Begin | 04/12/26 | Net Pay | 883.59 |
| SSN | XXX | Hire Date | 04/07/25 | Period End | 04/18/26 | Dir Dep | 883.59 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

**Total Gross Pay**

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 23.000000 | 920.00 | 12,383.89 |
| Overtime | 0.34 | 34.500000 | 11.73 | 3,280.98 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | | 0.00 | 184.00 |
| PTO | 8.00 | 23.000000 | 184.00 | 1,104.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 48.34 | | 1,115.73 | 18,978.48 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,115.73 | 91.96 | 1,448.11 |
| OASDI | | 1,115.73 | 69.18 | 1,176.67 |
| Medicare | | 1,115.73 | 16.18 | 275.19 |
| Medicare - Additional | | 1,115.73 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,115.73 | 49.40 | 850.09 |
| NY Paid Family Leave | | 1,115.73 | 4.82 | 81.99 |
| NY Disability - EE | | 0.00 | 0.60 | 8.40 |
| | | | 232.14 | 3,840.45 |

### Payment Summary for Voucher 1689

| | |
|---|---|
| Total Gross Pay | 1,115.73 |
| Federal Taxes | -177.32 |
| State and Local Taxes | -54.82 |
| Other Deductions | 0.00 |
| Net Pay | 883.59 |
| Direct Deposits | -883.59 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| L | **** | 794.59 |
| Jr | --- | 39.00 |
| P | | 50.00 |
| | | 883.59 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | |
|---|---|
| **Voucher Date** | **Voucher Number** |
| 05/01/2026 | 1806 |

**\*\*\* This is not a check\*\*\***

**Direct Deposit Advice**

**Direct Deposit Amount**                    **\*\*\*\*\*\* 1,004.34**

5323   6203 05/01/26 1806
**Austin Gourley**

PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y   2012 ReadyPayY

| Austin Gourley | May 01, 2026 | 1806 |
|---|---|---|

| Emp Id | | **6203** | Loc | **100** | Period Begin | **04/19/26** | Net Pay | **1,004.34** |
|---|---|---|---|---|---|---|---|---|
| SSN | XX | | Hire Date | **04/07/25** | Period End | **04/25/26** | Dir Dep | **1,004.34** |
| Clock | | **XXXX** | Status | **A** | Check Type | **Reg** | | |

### Earnings Summary

### Payment Summary for Voucher 1806

| **Total Gross Pay** | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 23.000000 | 920.00 | 13,303.89 |
| Overtime | 10.37 | 34.500000 | 357.77 | 3,638.75 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | | 0.00 | 184.00 |
| PTO | 0.00 | | 0.00 | 1,104.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 50.37 | | 1,277.77 | 20,256.25 |

| Total Gross Pay | 1,277.77 |
|---|---|
| Federal Taxes | -209.16 |
| State and Local Taxes | -64.27 |
| Other Deductions | 0.00 |
| Net Pay | 1,004.34 |
| Direct Deposits | -1,004.34 |
| Net Check | 0.00 |

| **Taxes** | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,277.77 | 111.41 | 1,559.52 |
| OASDI | | 1,277.77 | 79.22 | 1,255.89 |
| Medicare | | 1,277.77 | 18.53 | 293.72 |
| Medicare - Additional | | 1,277.77 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,277.77 | 58.15 | 908.24 |
| NY Paid Family Leave | | 1,277.77 | 5.52 | 87.51 |
| NY Disability - EE | | 0.00 | 0.60 | 9.00 |
| | | | 273.43 | 4,113.88 |

### Additional Information

### Direct Deposits

| Bank | | Account | Current Amt |
|---|---|---|---|
| | | Ends with \*\*\*\*\*\* | 915.34 |
| | | nds wit\* | 39.00 |
| I\*\*\* | | \_nds wit | 50.00 |
| | | | 1,004.34 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date | Voucher Number |
|---|---|---|
| | 05/08/2026 | 1930 |

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Amount**          ******** 832.35

5323   6203  05/08/26  1930
**Austin Gourley**
PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y   2012 ReadyPayY

| Austin Gourley | | | May 08, 2026 | | 1930 |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp id | | 6203 | Loc | 100 | Period Begin | 04/26/26 | Net Pay | 832.35 |
| SSN | X | | Hire Date | 04/07/25 | Period End | 05/02/26 | Dir Dep | 832.35 |
| Clock | | XXXX | Status | A | Check Type | Reg | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 23.000000 | 920.00 | 14,223.89 |
| Overtime | 3.68 | 34.500000 | 126.96 | 3,765.71 |
| Bonus | 0.00 | | 0.00 | 0.00 |
| Holiday | 0.00 | | 0.00 | 184.00 |
| PTO | 0.00 | | 0.00 | 1,104.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 43.68 | | 1,046.96 | 21,303.21 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,046.96 | 83.71 | 1,643.23 |
| OASDI | | 1,046.96 | 64.91 | 1,320.80 |
| Medicare | | 1,046.96 | 15.18 | 308.90 |
| Medicare - Additional | | 1,046.96 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,046.96 | 45.69 | 953.93 |
| NY Paid Family Leave | | 1,046.96 | 4.52 | 92.03 |
| NY Disability - EE | | 0.00 | 0.60 | 9.60 |
| | | | 214.61 | 4,328.49 |

### Payment Summary for Voucher 1930

| | |
|---|---|
| Total Gross Pay | 1,046.96 |
| Federal Taxes | -163.80 |
| State and Local Taxes | -50.81 |
| Other Deductions | 0.00 |
| Net Pay | 832.35 |
| Direct Deposits | -832.35 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| | 'th | 743.35 |
| | :+h | 39.00 |
| P | | 50.00 |
| | | 832.35 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date | Voucher Number |
|---|---|---|
| | 05/15/2026 | 2052 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**  \*\*\*\*\*\*\*\* 200.60

5323  6203  05/15/26  2052
**Austin Gourley**

PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y  2012 ReadyPayY

| Austin Gourley | May 15, 2026 | 2052 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | | 6203 | Loc | 100 | Period Begin | 05/03/26 | Net Pay | 200.60 |
| SSN | X | | Hire Date | 04/07/25 | Period End | 05/09/26 | Dir Dep | 200.60 |
| Clock | | XXXX | Status | A | Check Type | Bonus | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 0.00 | 15,143.89 |
| Overtime | 0.00 | | 0.00 | 4,133.48 |
| Bonus | 0.00 | | 221.60 | 221.60 |
| Holiday | 0.00 | | 0.00 | 184.00 |
| PTO | 0.00 | | 0.00 | 1,104.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 0.00 | | 221.60 | 22,812.58 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 221.60 | 0.00 | 1,756.73 |
| OASDI | | 221.60 | 13.74 | 1,414.38 |
| Medicare | | 221.60 | 3.21 | 330.78 |
| Medicare - Additional | | 221.60 | 0.00 | 0.00 |
| New York SITW | S-0 | 221.60 | 3.09 | 1,015.71 |
| NY Paid Family Leave | | 221.60 | 0.96 | 98.55 |
| NY Disability - EE | | 0.00 | 0.00 | 10.20 |
| | | | 21.00 | 4,626.35 |

### Payment Summary for Voucher 2052

| | |
|---|---|
| Total Gross Pay | 221.60 |
| Federal Taxes | -16.95 |
| State and Local Taxes | -4.05 |
| Other Deductions | 0.00 |
| Net Pay | 200.60 |
| Direct Deposits | -200.60 |
| Net Check | 0.00 |

### Additional Information

### Direct Deposits

| Bank | | Account | Current Amt |
|---|---|---|---|
| | Ends | | 200.60 |
| | | | 200.60 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Premier Precision Machining, LLC**

(716) 665-5217
2072 Allen St. EXT.
Falconer, NY 14733

| | Voucher Date | Voucher Number |
|---|---|---|
| | 05/15/2026 | 2051 |

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**     \*\*\*\*\*\* 1,010.91

5323 6203 05/15/26 2051
**Austin Gourley**
PO Box 211
Sugar Grove, PA 16350

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y  2012 ReadyPayY

| Austin Gourley | | May 15, 2026 | | 2051 |
|---|---|---|---|---|

| Emp Id | | 6203 | Loc | 100 | Period Begin | 05/03/26 | Net Pay | 1,010.91 |
|---|---|---|---|---|---|---|---|---|
| SSN | X | | Hire Date | 04/07/25 | Period End | 05/09/26 | Dir Dep | 1,010.91 |
| Clock | | XXXX | Status | A | Check Type | Reg | | |

## Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 40.00 | 23.000000 | 920.00 | 15,143.89 |
| Overtime | 10.66 | 34.500000 | 367.77 | 4,133.48 |
| Bonus | 0.00 | | 0.00 | 221.60 |
| Holiday | 0.00 | | 0.00 | 184.00 |
| PTO | 0.00 | | 0.00 | 1,104.00 |
| Prior Wage | 0.00 | | 0.00 | 2,025.61 |
| Retro Pay | 0.00 | | 0.00 | 0.00 |
| | 50.66 | | 1,287.77 | 22,812.58 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-6500 | 1,287.77 | 113.50 | 1,756.73 |
| OASDI | | 1,287.77 | 79.84 | 1,414.38 |
| Medicare | | 1,287.77 | 18.67 | 330.78 |
| Medicare - Additional | | 1,287.77 | 0.00 | 0.00 |
| New York SITW | S-0 | 1,287.77 | 58.69 | 1,015.71 |
| NY Paid Family Leave | | 1,287.77 | 5.56 | 98.55 |
| NY Disability - EE | | 0.00 | 0.60 | 10.20 |
| | | | 276.86 | 4,626.35 |

## Payment Summary for Voucher 2051

| | |
|---|---|
| Total Gross Pay | 1,287.77 |
| Federal Taxes | -212.01 |
| State and Local Taxes | -64.85 |
| Other Deductions | 0.00 |
| Net Pay | 1,010.91 |
| Direct Deposits | -1,010.91 |
| Net Check | 0.00 |

## Additional Information

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| r | Ends with \*\*\*\*\*\* | 921.91 |
| J. | vĭ. | 39.00 |
| P. | Ends with | 50.00 |
| | | 1,010.91 |

**Premier Precision Machining, LLC**
(716) 665-5217 2072 Allen St. EXT. Falconer, NY 14733

# dayforce

| | |
|---|---|
| **Employer Name:** | Chautauqua County Chapter of NYSARC Inc |
| **Employer Phone:** | 716-483-2344 |
| **Employer Address:** | DBA The Resource Center 200 Dunham Avenue Jamestown, NY 14701 |

| | |
|---|---|
| **Employee Name:** | Brooke M Gourley |
| **Employee #:** | 100009142 |
| **Employee Address:** | 17 Warren Road Sugar Grove, PA 16350 |
| **Department:** | 2100 - IRA |
| **Job Title:** | TRC - DSP Aide |
| **Job Assignment:** | 2100 - DSP Aide - 201 |
| **Pay Type:** | Hourly |

| | |
|---|---|
| **Pay Date:** | 4/2/2026 |
| **Pay Period:** | 3/13/2026 - 3/26/2026 |
| **Deposit Advice #:** | 235638012 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 18.0000 |
| **Federal Filing Status:** | Married |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | Married (NY) |
| **State Exemptions:** | 0 (NY) |
| **State Filing Status:** | (PA) |
| **State Exemptions:** | (PA) |

| | Current 3/13/2026 - 3/26/2026 | | | YTD As of 3/26/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 75.54 | | $1,400.63 | 336.44 | $6,218.85 |
| CATASTROPHIC | 9.37 | 18.0000 | $168.60 | 9.37 | $168.60 |
| REGULAR | 64.70 | 18.0000 | $1,164.60 | 319.10 | $5,743.80 |
| PAID TIME OFF | 1.47 | 18.0000 | $26.40 | 7.97 | $143.40 |
| SHIFT STIPEND | 41.03 | 1.0000 | $41.03 | 163.05 | $163.05 |
| **Memo Information** | | | $899.18 | | $910.69 |
| ER MEDICAL | | | $784.19 | | $784.19 |
| ER DENTAL | | | $19.17 | | $19.17 |
| NYDBL | | | $2.58 | | $12.52 |
| ER HRA CONTRIB | | | $91.67 | | $91.67 |
| ER LIFE | | | $1.03 | | $2.06 |
| ER DEP LIFE | | | $0.54 | | $1.08 |
| **Pre-Tax Deductions** | | | $332.95 | | $492.03 |
| DENTAL | | | $19.17 | | $19.17 |
| MED HSA NQ | | | $234.24 | | $234.24 |
| FSA | | | $45.45 | | $136.35 |
| DEP CARE FSA | | | $34.09 | | $102.27 |
| **Taxes** | | | $123.73 | | $668.23 |
| Soc Sec | | | $66.19 | | $355.06 |
| Medicare | | | $15.48 | | $83.04 |
| NY W/H | | | $34.81 | | $197.27 |
| NY DT EE | | | $1.20 | | $6.00 |
| NYPFL | | | $6.05 | | $26.86 |
| **Post-Tax Deductions** | | | $47.77 | | $167.25 |
| VOL LTD | | | $3.29 | | $3.29 |
| VOL LIFE DEP | | | $0.80 | | $0.80 |
| VOL LIFE EMP | | | $1.25 | | $1.25 |
| VOL LIFE SP | | | $0.63 | | $0.63 |
| UNION DUES | | | $29.87 | | $149.35 |
| VOL STD | | | $11.93 | | $11.93 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $896.18 | | $4,891.34 |
| Direct Deposit | | XXXX...... | $103.00 | | |
| Direct Deposit | | | $793.18 | | |

Page 1 of 1

# dayforce

| | | | | |
|---|---|---|---|---|
| **Employer Name:** | Chautauqua County Chapter of NYSARC Inc | **Employee Name:** Brooke M Gourley | **Pay Date:** | 4/16/2026 |
| | | **Employee #:** 100009142 | **Pay Period:** | 3/27/2026 - 4/9/2026 |
| **Employer Phone:** | 716-483-2344 | **Employee Address:** 17 Warren Road Sugar Grove, PA 16350 | **Check #:** | 245072606 |
| | | **Department:** 2100 - IRA | **Pay Frequency:** | Bi-Weekly |
| **Employer Address:** | DBA The Resource Center 200 Dunham Avenue Jamestown, NY 14701 | **Job Title:** TRC - DSP Aide | **Pay Rate:** | 18.0000 |
| | | **Job Assignment:** 2100 - DSP Aide - 201 | **Federal Filing Status:** | Married |
| | | **Pay Type:** Hourly | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | **State Filing Status:** | Married (NY) |
| | | | **State Exemptions:** | 0 (NY) |
| | | | **State Filing Status:** | (PA) |
| | | | **State Exemptions:** | (PA) |

| | Current 3/27/2026 - 4/9/2026 | | | YTD As of 4/9/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | 17.43 | | $324.73 | 353.87 | $6,543.58 |
| CATASTROPHIC | | | | 9.37 | $168.60 |
| REGULAR | 10.93 | 18.0000 | $196.80 | 330.03 | $5,940.60 |
| PAID TIME OFF | 6.50 | 18.0000 | $117.00 | 14.47 | $260.40 |
| SHIFT STIPEND | 10.93 | 1.0000 | $10.93 | 173.98 | $173.98 |
| **Memo Information** | | | $806.16 | | $1,716.85 |
| ER MEDICAL | | | $784.19 | | $1,568.38 |
| ER DENTAL | | | $19.17 | | $38.34 |
| NYDBL | | | $1.23 | | $13.75 |
| ER HRA CONTRIB | | | | | $91.67 |
| ER LIFE | | | $1.03 | | $3.09 |
| ER DEP LIFE | | | $0.54 | | $1.62 |
| **Pre-Tax Deductions** | | | $270.19 | | $762.22 |
| DENTAL | | | $19.17 | | $38.34 |
| MED HSA NQ | | | $234.24 | | $468.48 |
| FSA | | | | | $136.35 |
| DEP CARE FSA | | | $16.78 | | $119.05 |
| **Taxes** | | | $6.77 | | $675.00 |
| Soc Sec | | | $3.38 | | $358.44 |
| Medicare | | | $0.79 | | $83.83 |
| NY W/H | | | | | $197.27 |
| NY DT EE | | | $1.20 | | $7.20 |
| NYPFL | | | $1.40 | | $28.26 |
| **Post-Tax Deductions** | | | $47.77 | | $215.02 |
| VOL LTD | | | $3.29 | | $6.58 |
| VOL LIFE DEP | | | $0.80 | | $1.60 |
| VOL LIFE EMP | | | $1.25 | | $2.50 |
| VOL LIFE SP | | | $0.63 | | $1.26 |
| UNION DUES | | | $29.87 | | $179.22 |
| VOL STD | | | $11.93 | | $23.86 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | | | $4,891.34 |
| Check | | | $0.00 | | |

6/08/26
P

**Homemakers of Western New York, Inc.**
**EMPLOYEE EARNINGS LEDGER**

Check dates- 4/24/26 to 6/08/26 PAGE 1

| EMPL # | NAME & ADDRESS | Other Info | |
|---|---|---|---|
| AAPGEJT6IK | BROOKE GOURLEY | Soc Sec#- | XX |
| | 17 WARREN RD | Hire Date- | 4/24/26 |
| | | Position - | 04 PCA II |
| | SUGAR GROVE PA 16350 | Base Rate- | 18.650 HR |

| CHECK | | PAY AMOUNT | | | TAXES | | | | | | | Misc | NET | PERIOD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | Number | Qty | Type | Earnings$ | Fed I.T. | OASDI | Medicare | StateTax | E.I.C. | LocalTax | Misc. | Misc. | Net Pay | |
| Total | 285382 | | | 83.93 | .00 | 5.20 | 1.22 | .00 | .00 | .00 | | .96 | 76.55 | |
| 4/30/26 | 285382 | 2.50 | IN | 46.63 | .00 | 2.90 | .67 | .00 | .00 | .00 | | .96 | | 0/00/00 |
| 4/30/26 | 285382 | 2.00 | OR | 37.30 | .00 | 2.30 | .55 | .00 | .00 | .00 | | .00 | 76.55 | 0/00/00 |
| Total | 285786 | | | 507.72 | .00 | 31.48 | 7.36 | 16.25 | .00 | 16.25 | | 2.79 | 449.84 | |
| 5/07/26 | 285786 | 6.25 | ME | 116.56 | .00 | 7.23 | 1.68 | 3.72 | .00 | .00 | | 2.79 | | 0/00/00 |
| 5/07/26 | 285786 | .50 | TD | 9.33 | .00 | .58 | .13 | .30 | .00 | .00 | | .00 | | 0/00/00 |
| 5/07/26 | 285786 | 19.50 | HR | 381.83 | .00 | 23.67 | 5.55 | 12.23 | .00 | .00 | | .00 | 449.84 | 0/00/00 |
| Total | 286186 | | | 582.64 | .00 | 36.13 | 8.45 | 20.30 | .00 | 20.30 | | 3.12 | 514.64 | |
| 5/14/26 | 286186 | 29.50 | HR | 582.64 | .00 | 36.13 | 8.45 | 20.30 | .00 | .00 | | 3.12 | 514.64 | 0/00/00 |
| Total | 286581 | | | 560.70 | .00 | 34.59 | 8.09 | 18.96 | .00 | 18.96 | | 3.02 | 496.04 | |
| 5/21/26 | 286581 | 28.25 | HR | 557.95 | .00 | 34.59 | 8.09 | 18.96 | .00 | .00 | | 3.02 | | 0/00/00 |
| 5/21/26 | 286581 | 5.00 | TN | 2.75 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | 496.04 | 0/00/00 |
| Total | 286982 | | | 698.40 | .00 | 43.10 | 10.08 | 26.37 | .00 | 26.37 | | 3.62 | 615.23 | |
| 5/28/26 | 286982 | 35.00 | HR | 685.77 | .00 | 42.52 | 9.95 | 26.02 | .00 | .00 | | 3.62 | | 0/00/00 |
| 5/28/26 | 286982 | .50 | TD | 9.33 | .00 | .58 | .13 | .35 | .00 | .00 | | .00 | | 0/00/00 |
| 5/28/26 | 286982 | 6.00 | TN | 3.30 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | 615.23 | 0/00/00 |
| Total | 287376 | | | 262.78 | .00 | 16.12 | 3.77 | 4.36 | .00 | 4.36 | | 1.74 | 236.79 | |
| 6/04/26 | 287376 | 13.50 | HR | 260.03 | .00 | 16.12 | 3.77 | 4.36 | .00 | .00 | | 1.74 | | 0/00/00 |
| 6/04/26 | 287376 | 5.00 | TN | 2.75 | .00 | .00 | .00 | .00 | .00 | .00 | | .00 | 236.79 | 0/00/00 |
| Totals | | 137.50 | Hrs | 2696.17 | .00 | 166.62 | 38.97 | 86.24 | .00 | .00 | | 15.25 | 2389.09 | |

### Summary

| EARNINGS | | | | TAXES | | LOCAL TAXES | | | Miscellaneous Deductions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | QTY | $ Amount | | Desc. | $Amount | Locality | Local Tax$ | CD | Desc. | $Amount | CD | Desc. | $Amount | |
| IN | INSERVICE | 2.50 | 46.63 | Fed w/h. | .00 | | .00 | FM | Family Leave | 11.65 | 05 | NYS Disability | 3.60 | |
| OR | OREINTATIO | 2.00 | 37.30 | OASDI.. | 166.62 | | .00 | | | .00 | | | .00 | |
| ME | MENTORING | 6.25 | 116.56 | Medicare | 38.97 | | .00 | | | .00 | | | .00 | |
| TD | TRAVEL | 1.00 | 18.66 | New York | 86.24 | | .00 | | | .00 | | | .00 | |
| HR | REGULAR | 125.75 | 2468.22 | | | | .00 | | | .00 | | | .00 | |
| TN | NON-BILABL | 16.00 | 8.80 | | | | .00 | | | .00 | | | .00 | |